1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**
9                  **NORTHERN DISTRICT OF CALIFORNIA**
10

11  CLEAR IMAGING RESEARCH LLC,          Misc. Case No. 25-mc-80268-JCS

12              Plaintiff,               [Related to Action Currently Pending in the
                                         United States District Court for the Eastern
13          v.                           District of Texas, Case No. 2:25-cv-00240-JRG]

14  LENOVO GROUP LIMITED,                **[PROPOSED] ORDER TO SHOW CAUSE
                                         WHY NON-PARTY ARCSOFT, INC.**
15              Defendant.               **SHOULD NOT BE HELD IN CIVIL
                                         CONTEMPT OF COURT**
16                                       **(Fed. R. Civ. P. 45(g))**
17
18
19
20
21
22
23
24
25
26
27
28

_United States District Court_
_Northern District of California_

[PROPOSED] ORDER TO SHOW CAUSE TO NON-PARTY ARCSOFT, INC.

1    On September 8, 2025, Clear Imaging Research LLC ("Clear Imaging") filed a Motion for

2    an Order to Show Cause why Non-Party ArcSoft, Inc. ("ArcSoft") Should Not be Held in Civil

3    Contempt of Court, in connection with a subpoena Clear Imaging served on ArcSoft in *Clear*

4    *Imaging Research LLC v. Lenovo Group Limited*, No. 2:25-cv-00240-JRG (E.D. Tex.).   Clear

5    Imaging requested that the Court enter an order to show cause why ArcSoft should not be held in

6    contempt in order to compel ArcSoft to comply with its obligations pursuant to the subpoena.

7    Having considered Clear Imaging's motion, the Court grants Clear Imaging's motion. The

8    Court hereby issues an order to show cause why ArcSoft should not be held in contempt in order to

9    compel ArcSoft to comply with its obligations pursuant to the subpoena.

11    **IT IS SO ORDERED**.

14    Dated: _____September 11_____, 2025

16    JOSEPH C. SPERO
      UNITED STATES MAGISTRATE
      JUDGE

United States District Court
Northern District of California

1
[PROPOSED] ORDER TO SHOW CAUSE TO NON-PARTY ARCSOFT, INC.