UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLEAR IMAGING RESEARCH LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LENOVO GROUP LIMITED,<br><br>　　　　Defendant. | Case No.  25-mc-80268-JCS<br><br>**AMENDED ORDER TO SHOW CAUSE** |

On September 8, 2025, Clear Imaging Research LLC ("Clear Imaging") filed a Motion for an Order to Show Cause why Non-Party ArcSoft, Inc. ("ArcSoft") Should Not be Held in Civil Contempt of Court, in connection with a subpoena Clear Imaging served on ArcSoft in Clear Imaging Research LLC v. Lenovo Group Limited, No. 2:25-cv-00240-JRG (E.D. Tex.). Clear Imaging requested that the Court enter an order to show cause why ArcSoft should not be held in contempt in order to compel ArcSoft to comply with its obligations pursuant to the subpoena.

Having considered Clear Imaging's motion, the Court grants Clear Imaging's motion. The Court hereby issues an order to show cause why ArcSoft should not be held in contempt in order to compel ArcSoft to comply with its obligations pursuant to the subpoena.

Accordingly, this Court ORDERS as follows:

- Clear Imaging shall serve the Motion and this Order on ArcSoft and file proof of service no later than **September 15, 2025**.
- ArcSoft shall file a response, not to exceed 10 pages, showing cause why it should not be held in contempt for its failure to respond to Clear Imaging's subpoena, no later than **September 29, 2025**.
- Clear Imaging and ArcSoft shall appear for a hearing by Zoom webinar, id. 161 9260804,

password 050855, on **October 8, 2025 at 9:30 am**.

- If the parties reach a negotiated resolution prior to the scheduled hearing they shall promptly notify the Court

**IT IS SO ORDERED.**

Dated: September 12, 2025

_____
JOSEPH C. SPERO
United States Magistrate Judge

2